

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## TO BE FILED UNDER SEAL

August 23, 2021

The Honorable Kevin N. Fox
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Sune Gaulsh*, 21 Mag. 5195

Dear Judge Fox:

    On or about May 14, 2021, the above-captioned sealed Complaint and an accompanying sealed arrest warrant were filed against defendant Sune Gaulsh.  To date, the defendant is a fugitive—indeed, he is charged with international kidnapping for taking his minor son out of the United States in or about November 2020.  Neither the defendant nor his son have returned to the United States since then.  The Government believes that the defendant and his son are located in Denmark.  The Government writes to respectfully request that this Court enter a limited unsealing order that would permit the Government to disclose the Complaint and arrest warrant to others within the United States government as well as to foreign officials for the limited purposes of enabling the Government to coordinate with foreign law enforcement authorities, apprehend the defendant, bring him to the United States, and to further the existing investigation.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Jane Y. Chong
    Assistant United States Attorney
    (917) 763-3172

**SO ORDERED:** 8/23/21

_____
THE HONORABLE KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK