UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

           -against-　　　　　　　　　　　　　　　　　**ORDER**

SUNE GAULSH,　　　　　　　　　　　　　　　　　**21-mj-5195 (UA) (JW)**

                             Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 13, 2022, Defendant filed a Motion to Dismiss the Complaint. Dkt. No. 6. On May 29, 2024, Defendant filed a Supplemental Motion to Dismiss. Dkt. No. 7. That same day, Defendant also moved for discovery. Dkt. No. 8.

On June 5, 2024, Defendant submitted a letter saying, "it is our understanding that because no indictment has been filed in this case a magistrate judge is not assigned to the case. Therefore, we contacted the Clerk's Office today, who informed us that we needed to submit a letter to the Magistrate Judge on duty alerting them to the filings of these motions and requesting a ruling on the motions. The Clerk further informed us that Your Honor is the Judge on duty today and we are therefore sending this request to Your Honor per the Clerk's direction." Dkt. No. 9. This Court will rule on the motions.

**By June 28th**, the Government shall confer with Defendant and file a proposed briefing schedule for the pending motions.

SO ORDERED.

DATED:　　New York, New York
　　　　　　June 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER E. WILLIS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge