

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

> These requests are GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 25, 2024

**By CM/ECF**

The Honorable Jennifer Willis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

                **Re:**   *United States v. Sune Gaulsh*, 21 Mag. 5195

Dear Judge Willis:

      The Government respectfully submits this letter to request, with the defense's consent, that the Government's deadline to respond to the defense's motion to dismiss the complaint be extended from October 25 to November 4. The Government also asks that if this request is granted, the deadline for the defense's reply be extended from November 8 to November 27.[1]

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

By:   *Jane Y. Chong*
       Jane Y. Chong
       Assistant United States Attorney
       Tel: (212) 637-2263

cc:     Kristoff Williams, Esq.

---

[1] The parties request a slightly lengthier extension of the defense's reply deadline in light of the defense's travel schedule.