**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                           Plaintiff,                     **ORDER**

          -against-                        **21-MAG-5195 (JW)**

SUNE GAULSH,

                           Defendant.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A decision is forthcoming on Mr. Gaulsh's motion to dismiss. Dkt. No. 20. The

Government indicates that they can provide the Court the Danish language decisions

and their English-language translations. Dkt. No. 24, at 18 n. 9. The Court directs

the Government to provide those documents to the Court by email, at

WillisNYSDChambers@nysd.uscourts.gov, as soon as possible.

      SO ORDERED.

DATED:      New York, New York
              June 6, 2025

                                     _Jennifer E. Willis_
                                   JENNIFER E. WILLIS
                             United States Magistrate Judge