**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    **ORDER**

              -against-                  **21-MAG-5195 (JW)**

SUNE GAULSH,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court ordered the Government to provide the Danish language decisions and their English-language translations. Dkt. No. 26. The Government is ordered to provide the Court a letter describing status of those translations by June 27, 2025.

      SO ORDERED.

DATED:    New York, New York
              June 24, 2025

                                                        _Jennifer E. Willis_
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge